```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    HOT SPRINGS DIVISION
```

UNITED STATES OF AMERICA                              PLAINTIFF

v.                        CASE NO. 02-60001

DONALD CRAIG MILLER                                   DEFENDANT

### ORDER

Currently before the Court is Defendant's Motion to Modify Conditions of Supervised Release to Permit Defendant to be Released to the District of Nashville, Tennessee (Doc. 20). Defendant states he has several family members residing in the Nashville, Tennessee, area who will support his release into the community.

Pursuant to 18 U.S.C. § 3583(e), the Court may modify a defendant's conditions of supervised release after considering the factors set forth in 18 U.S.C. 3553(a). While the Defendant's request may be in everyone's best interest, the Defendant has not followed the correct procedures in requesting release into a different district. The Defendant can and should:

(1) Prepare a release plan with his case manager;

(2) That plan will be sent to the Probation Office in the Middle District of Tennessee;

(3) The Probation Office in the Middle District of Tennessee will conduct an investigation and send a report to the Bureau of Prisons.

    The Bureau of Prisons will then determine whether it is a viable case plan, and the Defendant will be released accordingly.  For the reasons set out above, the Defendant's Motion is **DENIED**.

    IT IS SO ORDERED this 23rd day of February, 2007.

<u>/s/ Robert T. Dawson</u>
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE
